BARBARA HOFFMAN, an Infant, by Her Mother and Natural Guardian, DOROTHY J. HOFFMAN, et al., Respondents, v. RICHARD J. WERNER, Appellant.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.